IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | Civ. No. 17-00033 JMS-KJM |
|---|---|---|
| Petitioner, | ) | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| vs. | ) | |
| RICHARD A. TAKASE, | ) | |
| Respondent. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served upon the United States of America on August 9, 2017, and service upon Respondent Richard A. Takase having been executed by the United States of America, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION THAT THE UNITED STATES' PETITION TO ENFORCE IRS SUMMONS BE GRANTED," ECF No. 8, are adopted as the opinion and order of this Court.

The IRS Summons issued on April 1, 2016 is enforced in full. Respondent shall deliver to the offices of IRS Officer Martin Humpert, 2200 Main St., Suite

509, Wailuku, Maui, on or before October 6, 2017, all documents requested in the April 1, 2016 Summons, and the additional information set forth in the Findings and Recommendation.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 31, 2017.



    /s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*United States v. Takase*, Civ. No. 17-00033 JMS-KJM, Order Adopting Magistrate Judge's Findings and Recommendation