IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CIV. NO. 17-00033 JMS-KJM |
|---|---|---|
| Petitioner, | ) | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |
| vs. | ) | |
| RICHARD A. TAKASE, | ) | |
| Respondent. | ) | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION**

Findings and Recommendation having been filed and served on all parties on February 23, 2018 and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DENY PETITIONER UNITED STATES OF AMERICA'S PETITION FOR ORDER TO SHOW CAUSE WHY

///

///

///

///

///

///

RESPONDENT SHOULD NOT BE HELD IN CONTEMPT," ECF No. 25, are

adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 19, 2018.



/s/ J. Michael Seabright
J. Michael Seabright
Chief United States District Judge

*United States v. Takase*, Civ. No. 17-00033 JMS-KJM, Order Adopting Magistrate Judge's Findings and Recommendation